UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED FIKSE,<br><br>        Plaintiff,<br><br>  v.<br><br>ARTURO HERNANDEZ, CLAUDIA CASTILLO, and DOES 1 to 10 inclusive,<br><br>        Defendants. | CV 15-51891-RSWL (JPRx)<br><br>**ORDER TO SHOW CAUSE Why This Case Should Not Be Dismissed For Lack of Subject Matter Jurisdiction** |

    Plaintiff's Complaint, which alleges negligence and negligence per se under California law, does not state the grounds for the Court's subject matter jurisdiction over Plaintiff's Action, as required by Fed. R. Civ. P. 8(a)(1), and, as such, Plaintiff is

    **HEREBY ORDERED** to show cause, in writing, on or before **July 27, 2015**, as to why this Action should not be dismissed without prejudice for lack of subject

///

///

///

1

matter jurisdiction.  Failure to respond as indicated herein will result in the dismissal of this Action.

   **IT IS SO ORDERED.**


DATED: July 20, 2014        <u>RONALD S.W. LEW           </u>
                            **HONORABLE RONALD S.W. LEW**
                            Senior U.S. District Judge

2